CC: LASC 22STCV15585

JS6

Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@CallJustice.com*
Elizabeth Parker-Fawley (Cal. State Bar No. 301592)
  *elizabeth@CallJustice.com*
Arman Marukyan (Cal. State Bar No. 327150)
  *arman@CallJustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff Mark John Santos

Christina T. Tellado (SBN 298597)
Mary T. Vu (SBN 23088)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail: *christina.tellado@hklaw.com*
  *mary.vu@hklaw.com*
*Attorneys for* Defendants
MEDZED, LLC, et al.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHN SANTOS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br>v.<br><br>MEDZED, LLC, a Georgia limited liability company; MEDZED PHYSICIAN SERVICES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:22-cv-04146-RGK-MRW<br><br>Honorable R. Gary Klausner<br><br>**[PROPOSED] ORDER TO REMAND CASE TO STATE COURT**<br>**[15]** |

# [~~PROPOSED~~] ORDER

This Court, having read and considered the parties' Joint Stipulation to Remand Case to State Court ("Stipulation"), orders as follows:

1. The parties' Stipulation is approved.
2. This case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. 22STCV15585.

**IT IS SO ORDERED.**

DATED: 9/12/2022

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge

---

1

[PROPOSED] ORDER TO REMAND CASE TO STATE COURT